UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| Buffets Holdings, Inc., *et al*. | : | Case No. 08-10141 (MFW) |
| | : | |
| | : | NOTICE OF APPOINTMENT OF |
| | : | COMMITTEE OF UNSECURED |
| Debtors. | : | CREDITORS |

---------------------------------

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned case:

1. **Commissary Operations, Inc.,** Attn: Lloyd Baldridge, 2629 Eugenia Avenue, Nashville, TN  37211, Phone: 615-231-4401, Fax: 615-231-4450

2. **HSBC Bank USA, National Association,** Attn: Sandra E. Horwitz, 10 East 40th Street, New York, NY 10016, Phone: 212-525-1358, Fax: 212-525-1300

3. **Kimco Realty Corporation,** Attn: Raymond Edwards, 3333 New Hyde Park Rd., New Hyde Park, NY 11042, Phone: 516-869-2586, Fax: 516-336-5686

4. **Levine Leichtman Capital Partners Deep Value Fund L.P.**, Attn: Jason Schauer, 335 North Maple Drive, Suite 130, Beverly Hills, CA  90210, Phone: 310-275-5335, Fax: 310-275-1305

5. **The Coca-Cola Company**, Attn: John Lewis, Jr., One Coca Cola Plaza, Atlanta, GA 30311, Phone 404-676-4016, Fax 404-598-4016

6. **Van Eerden Food Service**, Attn: Daniel Van Eerden, 650 Ionia Avenue, S.W., P.O. Box 3110, Grand Rapids, MI  49501, Phone: 616-475-0900, Fax: 616-774-3973

7. **Western Asset Management Company**, Attn: Christopher N. Jacobs, 385 E. Colorado Blvd., Pasadena, CA 91101, Phone 626-844-9622, Fax: 626-817-4149

KELLY BEAUDIN STAPLETON
United States Trustee, Region 3

 /s/ Jane M. Leamy, for
ANDREW R. VARA
ASSISTANT UNITED STATES TRUSTEE

DATED: January 29, 2008

Attorney assigned to this Case: Jane M. Leamy, Esquire, Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' Counsel: Pauline Morgan, Esquire, Phone: (302) 571-6600, Fax: (302) 571-1253