# EXHIBIT B

**Buffets, Inc.**
**Relationship Check**
**Exhibit B**

**<u>BONDHOLDERS</u>**
CERBERUS CAPITAL MANAGEMENT
WHIPPOORWILL ASSOCIATES, INC.

**<u>CREDITORS</u>**
BAIN & COMPANY INC.
GE CAPITAL
HSBC BANK, USA
SYSCO FOOD SERVICE
THE COCA-COLA COMPANY
BLUE CROSS BLUE SHIELD

**<u>LENDERS</u>**
AMERICAN INTERNATIONAL GROUP I
CARLYLE CAPITAL INVESTMENT LTD
CENTURION CDO 8 LTD
FORTRESS CREDIT INVESTMENTS I
GOLDMAN SACHS ASSET MGMT CLO P
JP MORGAN WHITEFRIARS INC
KATONAH
LEHMAN COMMERCIAL PAPER INC.
MORGAN STANLEY SENIOR FUNDING
OPPENHEIMER SENIOR FL RATE
PEQUOT SPECIAL OPPORTUNTIES
SANKATY HY PARTNERS II
TELOS CLO 2006-1 LTD
UBS AG, STAMFORD BRANCH
US BANK

**<u>OTHER RELATED PARTIES</u>**
ABN AMRO
BANK OF AMERICA
CINTAS
CITADEL INVESTMENT GROUP
CITIBANK
DEUTSCHE BANK
ORACLE
PPM AMERICA
SAGAMORE
SCOTIA
SENTINEL CAPITAL PARTNERS II, LP
SILVER POINT
UNITED PARCEL SERVICES
WACHOVIA

Exhibit B

**Buffets, Inc.**
**Relationship Check**
**Exhibit B**

### PARTIES THAT FILED NOTICES OF APPEARANCE
AT&T
CREDIT SUISSE SECURITIES (USA) LLC
DEVELOPERS DIVERSIFIED REALTY CORPORAT
SIMON PROPERTY GROUP, INC.
THE PRUDENTIAL INSURANCE COMPANY OF AM
U.S. FOODSERVICE, INC.

### PROFESSIONAL
DELOITTE & TOUCHE
FISH & RICHARDSON P.C.
GRANT THORNTON
KEATING, MUETHING & KLEKAMP PLL
LATHAM WATKINS
O'MELVENY & MYERS LLP
OTTERBOURG, STEINDLER, HOUSTON & ROSEN
PAUL, WEISS, RIFKIND, WHARTON & GARRISON
PRICEWATERHOUSECOOPERS
RSM MCGLADREY
THE BLACKSTONE GROUP
YOUNG CONAWAY STARGATT & TAYLOR, LLP

Exhibit B