# EXHIBIT B

**Buffets, Inc.**
**Relationship Check**
**Exhibit B**

## BONDHOLDERS
CERBERUS CAPITAL MANAGEMENT
WHIPPOORWILL ASSOCIATES, INC.

## CREDITORS
BAIN & COMPANY INC.
GE CAPITAL
HSBC BANK, USA
SYSCO FOOD SERVICE
THE COCA-COLA COMPANY
BLUE CROSS BLUE SHIELD

## LENDERS
AMERICAN INTERNATIONAL GROUP I
CARLYLE CAPITAL INVESTMENT LTD
CENTURION CDO 8 LTD
FORTRESS CREDIT INVESTMENTS I
GOLDMAN SACHS ASSET MGMT CLO P
JP MORGAN WHITEFRIARS INC
KATONAH
LEHMAN COMMERCIAL PAPER INC.
MORGAN STANLEY SENIOR FUNDING
OPPENHEIMER SENIOR FL RATE
PEQUOT SPECIAL OPPORTUNTIES
SANKATY HY PARTNERS II
TELOS CLO 2006-1 LTD
UBS AG, STAMFORD BRANCH
US BANK

## OTHER RELATED PARTIES
ABN AMRO
BANK OF AMERICA
CINTAS
CITADEL INVESTMENT GROUP
CITIBANK
DEUTSCHE BANK
ORACLE
PPM AMERICA
SAGAMORE
SCOTIA
SENTINEL CAPITAL PARTNERS II, LP
SILVER POINT
UNITED PARCEL SERVICES
WACHOVIA

**Buffets, Inc.**
**Relationship Check**
**Exhibit B**

**PARTIES THAT FILED NOTICES OF APPEARANCE**
AT&T
CREDIT SUISSE SECURITIES (USA) LLC
DEVELOPERS DIVERSIFIED REALTY CORPORAT
SIMON PROPERTY GROUP, INC.
THE PRUDENTIAL INSURANCE COMPANY OF AM
U.S. FOODSERVICE, INC.

**PROFESSIONAL**
DELOITTE & TOUCHE
FISH & RICHARDSON P.C.
GRANT THORNTON
KEATING, MUETHING & KLEKAMP PLL
LATHAM WATKINS
O'MELVENY & MYERS LLP
OTTERBOURG, STEINDLER, HOUSTON & ROSEN
PAUL, WEISS, RIFKIND, WHARTON & GARRISON
PRICEWATERHOUSECOOPERS
RSM MCGLADREY
THE BLACKSTONE GROUP
YOUNG CONAWAY STARGATT & TAYLOR, LLP