
January 13, 2009



Clerk of Bankruptcy Court
For the District of Delaware
Third Floor
824 Market Street
Wilmington, Delaware 19801

RE:     Chapter 11
         Case No. 08-10041 (MFW)

         Buffets Holdings, Inc.
          a Delaware corporation et.al.
          (Debtors)

Greetings:

This letter is a follow up to the information received regarding Executory Contract or Unexpired Lease To Potentially Be Assumed for the above reference Debtors. As per instructed within the document, we objection to the Cure Amount as noted of $.00.

We previously submitted a claim for $4,378.31 and this is the first response that the cure amount is $.00. We would like to work out a possible solution for the above amount.

Attached you will find the following back up documentation:

1. Executory Contract or Unexpired Lease To Potentially Be Assumed – reflects Landlord and Store Number for Debtor in question (1 page)

2. Original Proof of Claim submitted with back up (4 pages)

Page -2-

Should you have any questions please contact our office or email <u>lynne@lamarco.com</u>.
Thank you.

Sincerely,

*Shelby Lynn Eddington*
Shelby Lynn Eddington, CSM
Senior Property Manager

cc: Below list sent via Fax by 1/14/09 and certified mail
DEBTOR:
    Buffets Holdings, Inc.
    Attn: R. Michael Andrews
    1460 Buffet Way, Eagan, MN 55121

    Young Conaway Stargatt & Taylor, LLP
    Attn: Pauline K Morgan Esq. and Joel A. Waite, Esq.
    1000 West Street, 17th Floor, P. O. Box 391, Wilmington, Delaware 19801
    FAX: 302.571.1253

CREDITORS COMMITTEE:
    Otterbourg, Steindler, Houston & Rosen, PC
    Attn: Scott L. Hazan, Esq. and Glenn B. Rice, Esq.
    230 Park Avenue, New York, NY 10169
    FAX: 212.682.6104

    Pachulski Stang Ziehl & Jones, LLP
    Attn: Laura Davis Jones, Esq. and Curtis A. Hehn, Esq.
    919 N. Market Street, 17th Floor, P. O. Box 8705, Wilmington, Delaware, 19889
    FAX: 302.652.4400

DIP ADMINISTRATIVE AGENT:
    Latham & Watkins, LLP
    Attn: Mitchell A. Seider, Esq. and Michael J. Riela, Esq.
    885 3rd Avenue, Suite 1000, New York, NY 10022
    FAX: 212.751.4864

    Duane Morris LLP
    Attn: Michael R. Lastowski, Est.
    Suite 1200, 1100 N. Market Street, Wilmington, Delaware 19801
    FAX: 302.657.4901

OFFICE OF THE UNITED STATES TRUSTEE:
    Attn: Jane M. Leamy, Esq.
    844 King Street, Suite 2207, Wilmington, Delaware 19801
    FAX: 302.573.6497

DEC 22 2008

BUF Cure Ntc 12/19/2008
ROSE VALLEY LAKE, LLC
LAMAR COMPANIES
RALPH PUGLIANO
365 SOUTH STREET
MORRISTOWN, NJ 07960

### Executory Contract or Unexpired Lease to Potentially Be Assumed

PLEASE SEE THE ATTACHED NOTICE WHICH RELATES TO THE POSSIBLE ASSUMPTION OF THE CONTRACT LISTED BELOW BY OCB Restaurant Company, LLC.

THE ATTACHED NOTICES CONTAINS IMPORTANT INFORMATION RELATED TO THE ASSUMPTION OF YOUR CONTRACT OR LEASE, INCLUDING THE DEADLINE TO SUBMIT OBJECTIONS THERETO.

| Landlord Address | Store Number | Store Address | Cure Amount |
|---|---|---|---|
| ROSE VALLEY LAKE, LLC<br>LAMAR COMPANIES<br>RALPH PUGLIANO<br>365 SOUTH STREET<br>MORRISTOWN, NJ 07960 | 80 | 745 LYONS ROAD<br>DAYTON, OH 45459 | $ 0.00 |

UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE
Buffets Holdings, Inc. Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, PO Box 5286
New York, NY 10150-5286

**PROOF OF CLAIM**

| In Re: Buffets Holdings, Inc. et al. Debtors. | Chapter 11 Case No. 08-10141 (MFW) Jointly Administered |
|---|---|
| Name of Debtor Against Which Claim is Held OCB RESTAURANT COMPANY, LLC | Case No. of Debtor 08-10144 (MFW) |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

**THIS SPACE IS FOR COURT USE ONLY**

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

BUF (MERGE2.DBF.SCHED_NO) SCHEDULE #: 144106840*****
ROSE VALLEY LAKE LLC/LAMAR
365 SOUTH STREET
MORRISTOWN, NJ 07960

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

Filed on: _____

Your claim is scheduled by the Debtor as:
$0.00 UNSECURED
UNLIQUIDATED
CONTINGENT

Telephone number:    Email Address:

Name and address where payment should be sent (if different from above)

Same as above

Telephone number: 973.285.0660    Email Address: lynne@lamarco.c[...]

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

1. Amount of Claim as of Date Case Filed: $ 4378.32

If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete item 4.
If all or part of your claim is entitled to priority, complete Item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges.

2. Basis for Claim: Utility Service - Water
(See instruction #2 on reverse side.)

3. Last four digits of any number by which creditor identifies debtor: N/A
   3a. Debtor may have scheduled account as: N/A
   (See instruction #3a on reverse side.)

4. Secured Claim (See instruction #4 on reverse side.)
   Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

   Nature of property or right of setoff:  ☐ Real Estate   ☐ Motor Vehicle   ☐ Other
   Describe: _____
   Value of Property: $_____    Annual Interest Rate _____%
   Amount of arrearage and other charges as of time case filed included in secured claim, if any:
   $_____    Basis for perfection: _____
   Amount of Secured Claim: $_____    Amount Unsecured: $_____

5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim:

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
☑ Wages, salaries or commissions (up to $10,950*), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).
☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

Amount entitled to priority:
$_____

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment

6. Credits: The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. Documents: Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (See definition of "redacted" on reverse side.)
DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

FOR COURT USE ONLY

Date: 7/11/08

Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

[signature] Shelly Lynne Eddinger

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

**Statement**

Account: wppr - 04 - ocbwppr

Date: 01/13/09

Payment: _____

**Old Country Buffet**
OCB Restaurant Co Attn: R/E
P.O. BOX 21388
Eagan, MN 55121-0388

| Date | Description | Charges | Payments | Balance |
|---|---|---:|---:|---:|
| | Balance Forward | | | 0.00 |
| 01/03/08 | 10/24-11/16 WTR SRVC | 1,342.44 | | 1,342.44 |
| 02/04/08 | 11/16-12/21 WTR SRVC | 2,090.79 | | 3,433.23 |
| 03/03/08 | 12/21-1/28 WTR USAGE | 944.43 | | 4,377.66 |
| 01/01/09 | Promotion Fee for 01/01/09 - 01/31/09 | 993.00 | | 5,370.66 |

| Current | 30 Days | 60 Days | 90 Days | Amount Due |
|---:|---:|---:|---:|---:|
| 993.00 | 0.00 | 0.00 | 4,377.66 | 5,370.66 |



**Guardian Water & Power®**

1160 Goodale Blvd.
Columbus, Ohio 43212

www.guardianwp.com

Columbus        614-291-3141
Outside Columbus  800-444-9283
Fax             614-291-4770

"WATER MB"

tenants — 3269.09 ✓
vacant — 71.11

ROSE VALLY LAKE LLC/LAMAR COMPANIES
365 SOUTH ST
MORRISTOWN, NJ 07960

Prepared on 1/22/2008

Account No. 10-000023    Page 1

| Acct. No. | Account Name | Service Address | Meter Reading From | Meter Reading To | Cubic Feet Usage | CODE | Water Charges | Sewer Charges | Other Charges | Total Charges |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | 11/16 | 12/21 | | | | | | |
| 010086 | CAPITOL DRY C | 661 LYONS RD  CVC | 846090 | 846210 | 120 | | 7.81 | 10.74 | 0.00 | 18.55 |
| 010087 | SUBWAY | 663 LYONS RD  Sub | 136250 | 137970 | 1720 | | 46.56 | 65.19 | 0.00 | 111.75 |
| 010088 | TRIOS A SALON | 677 LYONS RD  Trio | 172090 | 173950 | 1860 | | 49.95 | 69.96 | 0.00 | 119.91 |
| 010089 | VACANT | 679 LYONS RD | 5300 | 5300 | 0 | | 4.90 | 6.66 | 0.00 | 11.56 |
| 010090 | AWARDS OF ENC | 687 LYONS RD  AoE | 23090 | 23150 | 60 | | 6.35 | 8.70 | 0.00 | 15.05 |
| 010091 | TINAS CREATIO | 689 LYONS RD  TC | 179460 | 180030 | 570 | | 18.71 | 26.06 | 0.00 | 44.77 |
| 010092 | VACANT | 705 LYONS RD | 213200 | 213200 | 0 | | 4.90 | 6.66 | 0.00 | 11.56 |
| 010095 | CASABLANCA CLO | 733 LYONS RD  CC | 56400 | 56400 | 0 | N | 4.90 | 6.66 | 0.00 | 11.56 |
| 010096 | BUFFER INC. C | 743 LYONS RD  OCB | 2215000 | 2482000 | 35695 | D | 869.43 | 1221.36 | 0.08 | 2090.79 |
| 010097 | VACANT | 767 LYONS RD | 117320 | 117320 | 0 | | 4.90 | 6.66 | 0.00 | 11.56 |
| 010098 | UNITED ART & | 799 LYONS RD  UA | 22100 | 22900 | 800 | | 24.28 | 33.88 | 0.00 | 58.16 |
| 010716 | CITIFINANCIAL | 665 LYONS RD  Cit | 234400 | 235300 | 900 | | 26.70 | 37.29 | 0.00 | 63.99 |
| 010718 | OPTICAL FASHI | 761 LYONS RD  OF | 30 | 40 | 10 | | 5.14 | 7.00 | 0.00 | 12.14 |
| 011131 | SCOTTSDALE SE | 651 LYONS RD  Scr | 20760 | 20900 | 140 | | 8.29 | 11.42 | 0.00 | 19.71 |
| 011132 | VACANT | 723 LYONS RD | 19740 | 19770 | 30 | S | 5.63 | 7.68 | 0.00 | 13.31 |
| 011133 | CASABLANCA CA | 729 LYONS RD  CC | 466320 | 466810 | 490 | | 16.77 | 23.33 | 0.00 | 40.10 |
| 011134 | BAAN MAI THAI | 725 LYONS RD  BMT | 238720 | 240810 | 2090 | | 55.52 | 77.78 | 0.00 | 133.30 |
| 011229 | VACANT | 669 LYONS RD | 22800 | 22800 | 0 | N | 4.90 | 6.66 | 0.00 | 11.56 |
| 011907 | FOX AND SOUND | 671 LYONS RD  F&S | 668000 | 733000 | 8690 | D | 215.37 | 302.38 | 0.00 | 517.75 |
| 012591 | FOX AND SOUND | 667 LYONS RD  F&S | 372000 | 372000 | 0 | N | 4.90 | 6.66 | 0.00 | 11.56 |
| 031295 | VACANT | 681 LYONS RD | 18500 | 18500 | 0 | | 4.90 | 6.66 | 0.00 | 11.56 |
| | TOTALS | 21 units | | | 53175 | | 1390.81 | 1949.39 | 0.00 | 3340.20 |

Please notify our office immediately of any changes in occupancy. All changes must be in our office no later than the 15th of each month in order to appear on the current month's statement. Please report to us any significant differences between your municipal bill and the water/sewer charges on this report. **Exception Codes Listed on Reverse.** Customer Service hours are M-F 8:30 AM to 5:00 PM EST.

Detach and return with payment    ☐ Check if change in mailing address. See reverse

| Previous Balance | Finance Charge | Payments | Current Charges | Balance Due | Due Date |
|---|---|---|---|---|---|
| 77.70 | 0.00 | 77.70 | 77.70 | 77.70 | 2/20/2008 |

Finance charge of 4% ($2.00 minimum) on any payments not received by due date.

Guardian Water & Power
1160 Goodale Blvd.
Columbus, Ohio 43212

INVOICE NUMBER: 159588
ACCOUNT NUMBER: 10-000023
ROSE VALLY LAKE LLC/LAMAR COMPANIES
365 SOUTH ST
MORRISTOWN, NJ 07960

# Guardian
## Water & Power®

Columbus         614-291-3141
Outside Columbus 800-444-9283
Fax              614-291-4770

1160 Goodale Blvd.
Columbus, Ohio 43212

www.guardianwp.com

"WATER"

ROSE VALLY LAKE LLC/LAMAR COMPANIES
365 SOUTH ST
MORRISTOWN, NJ 07960

Prepared on 12/20/2007

tenants - 2221.17
vacant - 69.94

NOPR 5085-1

due 1/20/08

Account No. 10-000023    Page 1

| Acct. No. | Account Name | Service Address | Meter Reading From | Meter Reading To | Cubic Feet Usage | CODE | Water Charges | Sewer Charges | Other Charges | Total Charges |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | 10/24 | 11/16 | | | | | | |
| 010086 | CAPITOL DRY C | 661 LYONS RD CDC | 846010 | 846090 | 80 | | 6.84 | 9.38 | 0.00 | 16.22 |
| 010087 | SUBWAY | 663 LYONS RD Sub | 134750 | 136250 | 1490 | | 40.99 | 57.36 | 0.00 | 98.35 |
| 010088 | TRIOS A SALON | 677 LYONS RD Trio | 170760 | 172090 | 1330 | | 37.11 | 51.92 | 0.00 | 89.03 |
| 010089 | VACANT | 679 LYONS RD | 5300 | 5300 | 0 | | 4.90 | 6.66 | 0.00 | 11.56 |
| 010090 | AWARDS OF EXC | 687 LYONS RD AoE | 23050 | 23090 | 40 | | 5.87 | 8.02 | 0.00 | 13.89 |
| 010091 | TINAS CREATIO | 689 LYONS RD TC | 179060 | 179460 | 400 | | 14.59 | 20.27 | 0.00 | 34.86 |
| 010092 | VACANT | 705 LYONS RD | 213200 | 213200 | 0 | | 4.90 | 6.66 | 0.00 | 11.56 |
| 010095 | CASBLANCA CLU | 733 LYONS RD CCSBC | 56400 | 56400 | 0 | N | 4.90 | 6.66 | 0.00 | 11.56 |
| 010096 | BUFFET INC. C | 745 LYONS RD OCB | 2044000 | 2215000 | 22861 | D | 558.59 | 784.62 | 0.00 | 1343.21 |
| 010097 | VACANT | 767 LYONS RD | 117320 | 117320 | 0 | | 4.90 | 6.66 | 0.00 | 11.56 |
| 010098 | UNITED ART & | 799 LYONS RD UA | 20800 | 22100 | 1300 | | 36.39 | 50.90 | 0.00 | 87.29 |
| 010716 | CITIFINANCIAL | 665 LYONS RD Citi | 233900 | 234400 | 500 | | 17.01 | 23.68 | 0.00 | 40.69 |
| 010718 | OPTICAL FASHI | 761 LYONS RD OF | 30 | 30 | 0 | A | 4.90 | 6.66 | 0.00 | 11.56 |
| 011131 | SCOTTSDALE SE | 691 LYONS RD Scot | 20650 | 20760 | 110 | | 7.56 | 10.40 | 0.00 | 17.96 |
| 011132 | VACANT | 723 LYONS RD | 19730 | 19740 | 10 | B | 5.14 | 7.00 | 0.00 | 12.14 |
| 011133 | CASABLANCA CA | 729 LYONS RD CSBC | 466120 | 466320 | 200 | | 9.74 | 13.47 | 0.00 | 23.21 |
| 011134 | BAHN MAI THAI | 725 LYONS RD BMT | 237200 | 238720 | 1630 | | 44.38 | 62.13 | 0.00 | 106.51 |
| 011229 | VACANT | 669 LYONS RD | 22800 | 22800 | 0 | N | 4.90 | 6.66 | 0.00 | 11.56 |
| 011907 | FOX AND HOUND | 671 LYONS RD F+H | 629000 | 668000 | 5214 | | 131.18 | 184.09 | 0.00 | 315.27 |
| 012591 | FOX AND HOUND | 667 LYONS RD F+H | 372000 | 372000 | 0 | N | 4.90 | 6.66 | 0.00 | 11.56 |
| 031295 | VACANT | 681 LYONS RD | 18500 | 18500 | 0 | | 4.90 | 6.66 | 0.00 | 11.56 |
| | TOTALS | 21 units | | | 35165 | | 954.59 | 1336.52 | 0.00 | 2291.11 |

Please notify our office immediately of any changes in occupancy. All changes must be in our office no later than the 15th of each month in order to appear on the current month's statement. Please report to us any significant differences between your municipal bill and the water/sewer charges on this report. **Exception Codes Listed on Reverse.** Customer Service hours are M-F 8:30 AM to 5:00 PM EST.

---

**Detach and return with payment**        ☐ Check if change in mailing address. See reverse

| Previous Balance | Finance Charge | Payments | Current Charges | Balance Due | Due Date |
|---|---|---|---|---|---|
| 77.70 | 0.00 | 77.70 | 77.70 | 77.70 | 01/20/2008 |

Finance charge of 4% ($2.00 minimum) on any payments not received by due date.

Guardian Water & Power
1160 Goodale Blvd.
Columbus, Ohio 43212

INVOICE NUMBER: 156291
ACCOUNT NUMBER: 10-000023
ROSE VALLY LAKE LLC/LAMAR COMPANIES
365 SOUTH ST
MORRISTOWN, NJ 07960