IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------- x   Chapter 11
In re:                                               :
                                                     :   Case No. 08-10141 (MFW)
BUFFETS HOLDINGS, INC.,                              :
a Delaware corporation, et al.,[1]                   :   Jointly Administered
                                                     :
        Debtors.                                     :   Ref. Docket No. 2094
---------------------------------------------------- x

## ORDER APPROVING DEBTORS' MOTION TO ENTER INTO EXIT FACILITY ENGAGEMENT LETTER AND TO PAY CERTAIN EXIT FINANCING EXPENSES

Upon consideration of the motion (the "Motion")[2] of the above-captioned debtors and debtors in possession (collectively, the "Debtors"), for an order authorizing the Debtors to (i) enter into the Engagement Letter with Credit Suisse, for purposes of engaging Credit Suisse to act as sole lead arranger, sole bookrunner, sole administrative agent and sole collateral agent for the Facility; and (ii) use estate funds to pay Credit Suisse a non-refundable $1,000,000 Structuring Fee, which is creditable against fees payable to Credit Suisse in the event of a successful closing of the Facility, and reasonable out-of-pocket expenses; and the Court being satisfied that the granting of such relief is in the best interests of the Debtors and their estates and creditors and sound business justifications exist therefor; and adequate notice of the Motion having been given under the circumstances; and it appearing that no other or further notice need

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Buffets Restaurants Holdings, Inc. (9569); Buffets Holdings, Inc. (4018); Buffets, Inc. (2294); HomeTown Buffet, Inc. (3002); OCB Restaurant Company, LLC (7607); OCB Purchasing Co. (7610); Buffets Leasing Company, LLC (8138); Ryan's Restaurant Group, Inc. (7895); Buffets Franchise Holdings, LLC (8749); Tahoe Joe's, Inc. (7129); HomeTown Leasing Company, LLC (8142); OCB Leasing Company, LLC (8147); Big R Procurement Company, LLC (5198); Ryan's Restaurant Leasing Company, LLC (7405); Fire Mountain Restaurants, LLC (8003); Ryan's Restaurant Management Group, LLC (6739): Tahoe Joe's Leasing Company, LLC (8145); Fire Mountain Leasing Company, LLC (7452); Fire Mountain Management Group, LLC (7299). The address for all of the Debtors is 1460 Buffet Way, Eagan, MN 55121.

[2] Unless otherwise defined herein, all capitalized terms shall have the meanings ascribed to them in the Motion.

be given; and after due deliberation and sufficient cause appearing therefor; it is hereby

ORDERED that:

    1.     The Motion is granted.

    2.     The Debtors' entry into the Engagement Letter is approved.

    3.     The Debtors are authorized to pay the Structuring Fee and related out-of-pocket expenses of Credit Suisse as set forth in the Engagement Letter.

    4.     This Court shall retain jurisdiction with respect to any and all matters arising from or related to this Order and the Engagement Letter.

Dated: Wilmington, Delaware
       March 4, 2009

                      Mary F. Walrath
                      United States Bankruptcy Judge

DB02:7799292.2     066956.1001