# Exhibit C – Projected Financial Information

**Buffets Holdings, Inc.**
Third Amended Disclosure Statement Projections - Income Statement

| ($ in millions) | FYE 7/1/2009 | FYE 6/30/2010 | FYE 6/29/2011 | FYE 6/27/2012 | FYE 7/3/2013 |
|---|---|---|---|---|---|
| Net Sales | $1,370.1 | $1,318.0 | $1,326.2 | $1,309.7 | $1,335.0 |
| Food Costs | $478.7 | $457.8 | $456.9 | $446.4 | $450.3 |
| Labor Costs | 405.3 | 384.4 | 381.7 | 372.7 | 378.2 |
| Operating & Occupancy Costs | 354.4 | 336.5 | 330.0 | 320.0 | 320.7 |
| **Total COGS** | **$1,238.4** | **$1,178.7** | **$1,168.6** | **$1,139.1** | **$1,149.2** |
| **Restaurant Operating Profit** | **$131.7** | **$139.3** | **$157.6** | **$170.6** | **$185.8** |
| SG&A | 101.0 | 93.5 | 94.1 | 95.6 | 97.4 |
| **Operating Income** | **$30.7** | **$45.8** | **$63.5** | **$75.1** | **$88.5** |
| Non-Recurring Expense | 68.7 | 0.0 | 0.0 | 0.0 | 0.0 |
| Net Interest Expense | 62.2 | 65.7 | 69.4 | 76.8 | 85.5 |
| Other Expenses | 2.1 | 3.7 | 4.5 | 9.6 | 4.6 |
| **Earnings Before Tax** | **($102.3)** | **($23.6)** | **($10.4)** | **($11.4)** | **($1.6)** |
| Tax Expense | 1.4 | 0.0 | 0.0 | 0.0 | 0.0 |
| **Net Income** | **($103.7)** | **($23.6)** | **($10.4)** | **($11.4)** | **($1.6)** |
| Operating Income | $30.7 | $45.8 | $63.5 | $75.1 | $88.5 |
| Depreciation & Amortization | 38.3 | 33.8 | 31.4 | 27.8 | 25.3 |
| Deferred Rent Expense | 2.7 | 6.1 | 5.7 | 5.4 | 5.1 |
| Non-Recurring Expenses | 3.6 | 0.0 | 0.0 | 0.0 | 0.0 |
| Other | 0.6 | (4.0) | (4.9) | (5.0) | (5.0) |
| **EBITDA** | **$76.0** | **$81.8** | **$95.8** | **$103.3** | **$113.9** |

**Buffets Holdings, Inc.**
Third Amended Disclosure Statement Projections - Pro Forma Reorganized Balance Sheet

| ($ in millions) | Effective Date 4/29/2009 (Projected) | Reorganization Adjustments | "Fresh Start" Adjustments | Effective Date 4/29/2009 Pro Forma |
|---|---|---|---|---|
| Cash and Cash Equivalents | $12.5 | $3.2 [1] | - | $15.7 |
| Accounts Receivable | 9.5 | - | - | 9.5 |
| Inventory | 29.5 | - | - | 29.5 |
| Other Current Assets | 43.8 | - | - | 43.8 |
| **Total Current Assets** | **$95.4** | **$3.2** | **-** | **$98.6** |
| PP&E | 172.1 | - | - | 172.1 |
| Goodwill | 134.8 | (134.8) | 386.8 [6] | 386.8 |
| Other Intangible Assets | 60.4 | - | - | 60.4 |
| Other Assets | 29.1 | - | - | 29.1 |
| **Total Assets** | **$491.8** | **($131.6)** | **$386.8** | **$747.0** |
| Accounts Payable | 44.2 | - | - | 44.2 |
| Accrued Liabilities and Other | 92.8 | - | - | 92.8 |
| Short-Term Debt | 0.0 | - | - | 0.0 |
| **Total Current Liabilities** | **$137.0** | **-** | **-** | **$137.0** |
| DIP Credit Facility | 273.2 | (273.2) [2] | - | 0.0 |
| Long-Term Debt | 0.0 | 320.0 [3] | - | 320.0 |
| Deferred Lease Obligations | 45.7 | - | - | 45.7 |
| Other Liabilities | 29.3 | - | - | 29.3 |
| Liabilities Subject to Compromise | 839.4 | (839.4) [4] | - | 0.0 |
| **Total Liabilities** | **$1,324.6** | **($792.7)** | **-** | **$532.0** |
| Shareholders' Equity | (832.8) | 661.0 [5] | 386.8 [7] | 215.0 |
| **Total Shareholders' Equity** | **(832.8)** | **661.0** | **386.8** | **215.0** |
| **Total Liabilities & Shareholders' Equity** | **$491.8** | **($131.6)** | **$386.8** | **$747.0** |

(1) Includes residual cash of $46.2 million from the new exit financing and priority, admin, convenience claims and cure costs to be paid upon exit of $43.3 million.
(2) Reflects cash payment and issuance of new 1st Lien Term Loans in redemption of the New Money DIP of $73.6 million and redemption of $199.6 million of the DIP Rollover Loan in exchange for new 2nd Lien Term Loans.
(3) Reflects long-term debt at emergence consisting of a $120.0 million 1st Lien Term Loan and a $200.0 million 2nd Lien Term Loan.
(4) Liabilities subject to compromise eliminated upon emergence.
(5) Includes the effect of payments at emergence, elimination of liabilities subject to compromise and the exit facility financing.
(6) After accounting for all other "fresh start" accounting adjustments, the remaining offsetting adjustment for shareholders' equity was applied to goodwill.
(7) Adjustments to shareholders' equity were based on the estimated equity value of the Reorganized Debtors ($226.7 million) in accordance with "fresh start" accounting provisions of SOP 90-7.

**Buffets Holdings, Inc.**
Third Amended Disclosure Statement Projections - Balance Sheet

| ($ in millions) | Effective Date 4/29/2009 | FYE 7/1/2009 | FYE 6/30/2010 | FYE 6/29/2011 | FYE 6/27/2012 | FYE 7/3/2013 |
|---|---|---|---|---|---|---|
| Cash and Cash Equivalents | $15.7 | $30.9 | $61.2 | $90.0 | $123.2 | $168.9 |
| Accounts Receivable | 9.5 | 10.0 | 9.7 | 9.1 | 9.0 | 9.2 |
| Inventory | 29.5 | 30.9 | 30.2 | 28.2 | 27.5 | 27.8 |
| Other Current Assets | 43.8 | 43.8 | 43.8 | 43.8 | 43.8 | 43.8 |
| **Total Current Assets** | **$98.6** | **$115.6** | **$144.9** | **$171.1** | **$203.6** | **$249.8** |
| PP&E | 172.1 | 166.7 | 159.4 | 167.5 | 177.1 | 191.9 |
| Goodwill | 386.8 | 386.8 | 386.8 | 386.8 | 386.8 | 386.8 |
| Other Intangible Assets | 60.4 | 60.4 | 60.4 | 60.4 | 60.4 | 60.4 |
| Other Assets | 29.1 | 29.1 | 29.1 | 29.1 | 29.1 | 29.1 |
| **Total Assets** | **$747.0** | **$758.6** | **$780.6** | **$815.0** | **$857.0** | **$918.0** |
| Accounts Payable | 44.2 | 46.1 | 46.8 | 43.6 | 42.7 | 43.2 |
| Accrued Liabilities and Other | 92.8 | 92.0 | 92.0 | 92.0 | 92.0 | 92.0 |
| Short-Term Debt | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| **Total Current Liabilities** | **$137.0** | **$138.1** | **$138.7** | **$135.6** | **$134.6** | **$135.1** |
| Long-Term Debt | 320.0 | 328.1 | 366.8 | 409.0 | 458.1 | 515.1 |
| Deferred Lease Obligations | 45.7 | 46.0 | 52.2 | 57.9 | 63.3 | 68.4 |
| Other Liabilities | 29.3 | 29.3 | 29.3 | 29.3 | 29.3 | 29.3 |
| **Total Liabilities** | **$532.0** | **$541.5** | **$587.0** | **$631.8** | **$685.3** | **$747.9** |
| Shareholders' Equity | 215.0 | 217.1 | 193.6 | 183.1 | 171.7 | 170.1 |
| **Total Shareholders' Equity** | **215.0** | **217.1** | **193.6** | **183.1** | **171.7** | **170.1** |
| **Total Liabilities & Shareholders' Equity** | **$747.0** | **$758.6** | **$780.6** | **$815.0** | **$857.0** | **$918.0** |

## Buffets Holdings, Inc.
Third Amended Disclosure Statement Projections - Cash Flow Statement

| ($ in millions) | FYE 7/1/2009 | FYE 6/30/2010 | FYE 6/29/2011 | FYE 6/27/2012 | FYE 7/3/2013 |
|---|---|---|---|---|---|
| **Cash Flow From Operations:** | | | | | |
| Net Income | ($103.7) | ($23.6) | ($10.4) | ($11.4) | ($1.6) |
| Depreciation & Amortization | 38.3 | 33.8 | 31.4 | 27.8 | 25.3 |
| Non-Cash Interest | 9.1 | 39.9 | 43.4 | 50.3 | 58.2 |
| *Change in Working Capital:* | | | | | |
| Change in Receivables | (2.0) | 0.3 | 0.6 | 0.1 | (0.2) |
| Change in Inventory | (0.5) | 0.7 | 2.0 | 0.6 | (0.3) |
| Change in Payables | 3.5 | 0.7 | (3.1) | (1.0) | 0.5 |
| Change in Accrued Liabilities | 27.4 | 0.0 | 0.0 | 0.0 | 0.0 |
| Change in Other Current Assets & Liabilities | (10.3) | 0.0 | 0.0 | 0.0 | 0.0 |
| Total Change in Working Capital | 18.1 | 1.7 | (0.5) | (0.2) | 0.0 |
| *Other Changes in Operations:* | | | | | |
| Change in Deferred Lease Obligations | 1.1 | 6.1 | 5.7 | 5.4 | 5.1 |
| Professional Fees Paid | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Impairments / Miscellaneous | 17.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Other | 7.0 | 0.7 | 0.7 | 0.7 | 0.7 |
| **Cash Flow From Operations** | **($13.0)** | **$58.7** | **$70.3** | **$72.5** | **$87.7** |
| **Cash Flow From Investing:** | | | | | |
| Capital Expenditures | ($21.5) | ($27.3) | ($40.2) | ($38.1) | ($40.8) |
| Asset Sales | 1.9 | 0.0 | 0.0 | 0.0 | 0.0 |
| Other Investing Activities | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| **Cash Flow From Investing** | **($19.5)** | **($27.3)** | **($40.2)** | **($38.1)** | **($40.8)** |
| **Cash Flow From Financing:** | | | | | |
| Change in Long-Term Debt | ($8.7) | ($1.2) | ($1.2) | ($1.2) | ($1.2) |
| **Cash Flow From Financing** | **($8.7)** | **($1.2)** | **($1.2)** | **($1.2)** | **($1.2)** |
| Beginning Cash Flow | $68.7 | $30.9 | $61.2 | $90.0 | $123.2 |
| Net Period Cash Flow | (41.2) | 30.2 | 28.9 | 33.2 | 45.7 |
| Reorganization Transaction [1] | 3.2 | 0.0 | 0.0 | 0.0 | 0.0 |
| Ending Cash Flow Before Revolver | 30.6 | 61.2 | 90.0 | 123.2 | 168.9 |
| Revolver Draw / (Paydown) | 0.3 | 0.0 | 0.0 | 0.0 | 0.0 |
| **Ending Cash Balance** | **$30.9** | **$61.2** | **$90.0** | **$123.2** | **$168.9** |

(1) Includes residual cash of $46.2 million from the new exit financing and priority, admin, convenience claims and cure costs to be paid upon exit of $43.3 million.