# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

------------------------------------------------------- x  Chapter 11
In re: :
 : Case No. 08-10141 (MFW)
BUFFETS HOLDINGS, INC., :
a Delaware corporation, et al.,[1] : Jointly Administered
 :
Debtors. : Ref. Docket No. 2299
------------------------------------------------------- x

## ORDER PURSUANT TO SECTION 327(a), AND 328(a) OF THE BANKRUPTCY CODE AUTHORIZING THE EMPLOYMENT AND RETENTION OF VALUATION RESEARCH CORPORATION TO PROVIDE SOLVENCY OPINION TO THE DEBTORS' LENDERS, *NUNC PRO TUNC* AS OF MARCH 25, 2009

Upon consideration of the application (the "Application")[2] of the above-captioned debtors and debtors in possession (collectively, the "Debtors"), for an order pursuant to sections 327(a) and 328(a) of the Bankruptcy Code, Bankruptcy Rule 2014(a), and Local Rule 2014-1, authorizing the Debtors to retain and employ Valuation Research Corporation ("VRC") to provide a solvency opinion to the Debtors' lenders in connection with the Debtors' exit financing, *nunc pro tunc* to March 25, 2009; and upon consideration of the Affidavit; and the Court finding that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Buffets Restaurants Holdings, Inc. (9569); Buffets Holdings, Inc. (4018); Buffets, Inc. (2294); HomeTown Buffet, Inc. (3002); OCB Restaurant Company, LLC (7607); OCB Purchasing Co. (7610); Buffets Leasing Company, LLC (8138); Ryan's Restaurant Group, Inc. (7895); Buffets Franchise Holdings, LLC (8749); Tahoe Joe's, Inc. (7129); HomeTown Leasing Company, LLC (8142); OCB Leasing Company, LLC (8147); Big R Procurement Company, LLC (5198); Ryan's Restaurant Leasing Company, LLC (7405); Fire Mountain Restaurants, LLC (8003); Ryan's Restaurant Management Group, LLC (6739); Tahoe Joe's Leasing Company, LLC (8145); Fire Mountain Leasing Company, LLC (7452); Fire Mountain Management Group, LLC (7299). The address for all of the Debtors is 1460 Buffet Way, Eagan, MN 55121.

[2] Capitalized terms not otherwise defined herein have the meanings given to them in the Application.

and 1334, (b) this matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2), (c) notice of the Application was due and proper, (d) the relief requested in the Application is in the best interests of the Debtors, their estates and creditors, and (e) VRC neither holds nor represents any interest adverse to the Debtors or their estates with respect to the matters on which VRC is to be retained and is disinterested as such term is defined in section 101(14) of the Bankruptcy Code; and after due deliberation, and good and sufficient cause appearing therefore, it is hereby

ORDERED, that the Application is GRANTED and that the "Engagement Letter" referenced in the Application means the Engagement Letter as amended by this Order; and it is further

ORDERED, that the Engagement Letter is hereby amended to provide that the Opinion (as defined in the Engagement Letter) may be relied upon by (a) the Board of Directors of Buffets, Inc., (b) Credit Suisse, Cayman Islands Branch, as administrative agent under the Debtors' term loan exit financing facility (the "Term Loan Facility") and as administrative agent under the Debtors' second lien exit financing facility (the "Second Lien Facility") and (c) the lenders under the Term Loan Facility and the Second Lien Facility; and it is further

ORDERED, that the Debtors are authorized, pursuant to sections 327(a) and 328(a) of the Bankruptcy Code, to retain VRC to provide the Opinion, on the terms and conditions set forth in the Application and the Engagement Letter (as amended by this Order), *nunc pro tunc* as of March 25, 2009; and it is further

ORDERED, that VRC shall be compensated for its services and reimbursed for any related expenses in accordance with the terms set forth in the Engagement Letter; and it is further

ORDERED, that in pursuant to sections 105(a), 327(a) and 328 of the Bankruptcy

2

Code, Bankruptcy Rule 2016 and Local Rule 2016-2(g), VRC shall not be required to submit detailed billing statements or report the time incurred by VRC's professionals in tenths of an hour increments; provided, however, that VRC's final fee application shall include a listing of the professionals providing services to the Debtors as part of the engagement, a listing of the total number of hours worked by each professional on the engagement, and a general description of the services provided by each professional; and it is further

ORDERED, that the fees set forth in the Engagement Letter are approved; provided, however, that all of VRC's fees and expenses in this case will be subject to the filing of a final application by VRC in accordance with Sections 330 and 331 of the Bankruptcy Code, Bankruptcy Rule 2016, and the Local Rules, as modified by this Order. Pursuant to section 328(a) of the Bankruptcy Code, the Court may not subsequently allow VRC's compensation on terms different from the approved fee structure set forth in the Engagement Letter unless such compensation proves to have been improvident in light of developments not capable of being anticipated at the time the Engagement Letter originally was approved; and it is further

ORDERED, that the Indemnification Agreement is approved and that the "Engagement Letter" referenced in the Indemnification Agreement means the Engagement Letter as amended by this Order; and it is further

ORDERED, that notwithstanding any provision in the Engagement Letter to the contrary, to the extent this Court has jurisdiction over any matters arising out of or related to the Engagement Letter, such matter shall be heard in this Court; and it is further

ORDERED, that to the extent this Order is inconsistent with the Engagement Letter, the terms of this Order shall govern; and it is further

ORDERED, that this Court shall retain jurisdiction to hear and determine all

3

matters arising from or related to the implementation and enforcement of this Order.

Dated: Wilmington, Delaware
      May 5, 2009

                                              Mary F. Walrath
                                              United States Bankruptcy Judge

DB02:8011106.2                                                                                          066956.1001