IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

----------------------------------------------------------- x
In re:                                                      : Chapter 11
                                                            :
BUFFETS HOLDINGS, INC.,                                     : Case No. 08-10141 (MFW)
a Delaware corporation, et al.,[1]                          :
                                                            : Jointly Administered
    Debtors.                                                :
----------------------------------------------------------- x Ref. Docket Nos. 2510, 2521, 2533, 2534, 2535, 2536, 2538, 2539,
                                                              2540, 2542, 2543, 2544, 2545 and 2546

## OMNIBUS ORDER APPROVING FINAL APPLICATIONS OF RETAINED PROFESSIONALS FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES, AND REIMBURSEMENT OF EXPENSES TO COMMITTEE MEMBERS FOR THE PERIOD JANUARY 22, 2008 THROUGH APRIL 28, 2009

Upon consideration of the final fee applications of various professionals retained in the above-captioned chapter 11 cases (collectively, the "Professionals") and members of the Official Committee of Unsecured Creditors (the "Committee Members"), a list of which is attached hereto as Exhibit A, for allowance of compensation and reimbursement of expenses on a final basis (collectively, the "Applications"); and it appearing to the Court that all of the requirements of sections 327, 328, 330, 331 and 503(b) of title 11 of the United States Code (the "Bankruptcy Code"), as well as Rule 2016 of the Federal Rules of Bankruptcy Procedure (the

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Buffets Holdings, Inc. (4018); Buffets, Inc. (2294); HomeTown Buffet, Inc. (3002); OCB Restaurant Company, LLC (7607); OCB Purchasing Co. (7610); Buffets Leasing Company, LLC (8138); Ryan's Restaurant Group, Inc. (7895); Buffets Franchise Holdings, LLC (8759); Tahoe Joe's, Inc. (7129); HomeTown Leasing Company, LLC (8142); OCB Leasing Company, LLC (8147); Big R Procurement Company, LLC (5198); Ryan's Restaurant Leasing Company, LLC (7405); Fire Mountain Restaurants, LLC (8003); Ryan's Restaurant Management Group, LLC (6739); Tahoe Joe's Leasing Company, LLC (8145); Fire Mountain Leasing Company, LLC (7452); Fire Mountain Management Group, LLC (7299). The address for all of the Debtors is 1460 Buffet Way, Eagan, MN 55121.

DB02:6970506.10                                                                                  066956.1001

"Bankruptcy Rules"), have been satisfied; and it further appearing that the expenses incurred were reasonable and necessary; and it appearing that notice of the Applications was appropriate; and after due deliberation and sufficient good cause appearing therefore; it is hereby

ORDERED that the Applications are hereby APPROVED in the amounts set forth in Exhibit A; and it is further

ORDERED that the Professionals and Committee Members are granted final allowance of compensation and reimbursement of expenses in the amounts set forth on Exhibit A on account of the fees and expenses incurred during the period covered by the Applications; and it is further

ORDERED that the Debtors are authorized and directed to remit payment to Professionals and Committee Members in the amounts set forth on Exhibit A, less all amounts previously paid on account of such fees and expenses.

Date: Wilmington, Delaware
August 27, 2009

_____
Mary F. Walrath
United States Bankruptcy Judge